```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------X      07 CV 9910
MAVIS GALLIER,
                                    NOTICE OF APPEARANCE
                    Plaintiff(s),

        -against-

HOME DEPOT U.S.A. INC.,

                    Defendant(s).
-----------------------------X
```

S I R S :

Please be advised, JEFFREY M. BLUM, hereby appears as attorney for plaintiff in the above matter at 163-09 Northern Boulevard, Flushing, New York 11358, Jblum@malliloandgrossman.com.

Dated: Flushing, New York
       March 18, 2008

                                    MALILO & GROSSMAN, ESQS.

                                    BY: JEFFREY M. BLUM, ESQ.
                                        Attorneys for Plaintiff(s)
                                        163-09 Northern Boulevard
                                        Flushing, New York 11358
                                        (718) 461-6633