```
USDC SDNY
DOCUMENT
ELECTRONICALLY ...
DOC #: _____
DATE FILED: 4/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                       :
MAVIS GALLIER,
                                                       :    **ORDER**
                    Plaintiff,
                                                       :    07 Civ. 9910 (SAS)
        - against -
                                                       :
HOME DEPOT U.S.A., INC.,
                                                       :
                    Defendant.
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The above-captioned case was referred to court-ordered mediation for settlement purposes. A mediation was held and the parties reached a settlement agreement on March 28, 2008, which resolved all of the issues in the case. Accordingly, the Clerk of the Court is directed to close this case.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          April 2, 2008