UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    CV 07 9910 SWK

MAVIS GALLIER,

                                    Plaintiff,

             -against-

HOME DEPOT U.S.A. INC.,

                                    Defendant.
------------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the

undersigned, the attorneys of record for all parties to the above entitled action, whereas

no party hereto is an infant, incompetent person for whom a committee has been

appointed, conservatee or person not a party has an interest in this subject matter of the

action, that the above entitled action be, and the same hereby is discontinued, with

prejudice and without costs to either party against the other.  This Stipulation may be

filed without further notice with the Clerk of Court.

Dated: April 7, 2008

Attorney for Plaintiff                              Attorney for Defendant


_____                    _____
Anthony Mallilo, Esq.                               David M. Pollack, Esq. (6143)
Mallilo & Grossman, Esqs.                      Donovan Hatem, LLP
Attorney for Plaintiff                                One Penn Plaza, Suite 3324
163-09 Northern Boulevard                    New York, NY  10119
Flushing, New York 11358                      212-244-3333
(718) 461-6633


SO ORDERED: _____
01147389